PER CURIAM.

(No. 75-CC-52—

HOWARD FREEDMAN, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed November 6, 1974.*

HOWARD FREEDMAN, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-69—

FELDOTT BROTHERS, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed Nobvember 6, 1974.*

FELDOTT BROTHERS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.